EDWARD G. SCHLOSS CA Bar No. 102858
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
Tel: (310) 733-4488
Fax: (310) 836-4888
B23694/kl

Attorneys for Secured Creditor
GUILD MORTGAGE COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Bk. No. 11-70592
)
ALVIN RIVERA SANGCO and )
DINA ALMUETE LOVE-SANGCO, ) Chapter 13
)
)
) REQUEST FOR SPECIAL NOTICE
Debtors. )
_____ )

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT; THE DEBTORS' COUNSEL; THE U.S. TRUSTEE, AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and 9007 and Bankruptcy Code Sections 102(1), 342 and 1109(b), secured creditor, GUILD MORTGAGE COMPANY, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address and telephone number:

EDWARD G. SCHLOSS
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
(310) 733-4488

1   PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the
2   Bankruptcy Code, the foregoing demand includes not only the notices and papers referred
3   to in the Rules specified above, but also includes, without limitation, orders and notices of
4   any application or motion, whether formal or informal, whether transmitted or conveyed by
5   mail, delivery, telephone, telegraph, telex or otherwise.

8   DATED: October 20, 2011        EDWARD G. SCHLOSS

10                                 By _____
11                                    EDWARD G. SCHLOSS
                                      Attorney for Secured Creditor

## PROOF OF SERVICE

I, REYNALDO DEL PILAR, certify that:

I am over the age of 18 and not a party to the within action; my business address is 3637 Motor Avenue, Suite 220, Los Angeles, California 90034.

On October 20, 2011, I served the within REQUEST FOR SPECIAL NOTICE on interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Los Angeles, California addressed as follows:

ATTORNEY FOR DEBTORS:

PATRICK L. FORTE
LAW OFFICES OF PATRICK L. FORTE
1 KAISER PLAZA #480
OAKLAND, CA 94612-3610

TRUSTEE:

MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540-5004

I declare that I am employed in the office of a member of the bar at whose direction the service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2011, at Los Angeles, California.


REYNALDO DEL PILAR

\\Schloss2003\law files\RSN\OAK13.GUI.sangco.RSN.wpd