PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                    **Case No. 11-70592 RLE**

**ALVIN RIVERA SANGCO and**          **Chapter 13**
**DINA LAMUETE LOVE-SANGCO,**

                    **Debtors.**          **DECLARATION OF DEBTORS IN**
                                          **SUPPORT OF CONFIRMATION (STEP-**
                                          **UP PAYMENTS)**
_____/

   We, Alvin Rivera Sangco & Dina Almuete Love-Sangco, declare:

   1.  We are the debtors in the above-captioned case.

   2.  We declare that we initially underestimated our living expenses.
Cost of living increase will allow for step-up payments.

   We declare under penalty of perjury under the laws of the State
of California that the foregoing is true and correct and that this
Declaration was executed in Oakland, California on the date set forth
below.

Dated:  January 27, 2012          /s/ Alvin Rivera Sangco_____
                                       Alvin Rivera Sangco


                                  /s/ Dina Lamuete Love-Sangco___
                                       Dina Lamuete Love-Sangco

                                                    Page 1 of 1