EDWARD G. SCHLOSS
CA Bar No. 102858
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
Tel: (310) 733-4488
Fax: (310) 836-4888
E-mail: egs2@ix.netcom.com
B23694/lk

Attorney for Movant
GUILD MORTGAGE COMPANY

The following constitutes
the order of the court. Signed February 15, 2013

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ALVIN RIVERA SANGCO and
DINA ALMUETE LOVE-SANGCO,

Debtors.

Bk. No. 11-70592-RLE

Chapter 13

ORDER ON STIPULATION RE:
ADEQUATE PROTECTION AND
MODIFICATION OF THE
AUTOMATIC STAY

Continued Hearing -
Date: February 27, 2013
Time: 1:30 p.m.
Place: United States Bankruptcy Court
       1300 Clay Street
       Courtroom 201
       Oakland, California

Honorable Roger L. Efremsky

WHEREAS the Stipulation Re: Adequate Protection and Modification of the Automatic Stay (herein "Stipulation") by and between Movant Guild Mortgage Company (herein "Movant"), its assignees and/or successors in interest; and Debtors, Alvin Rivera Sangco and Dina Almuete Love-Sangco, was filed February 14, 2013 as docket entry number 44, and the Court has reviewed said Stipulation, and with good cause appearing hereby approves said Stipulation as follows:

WHEREAS Debtors were due and owing for past due post-petition arrearages of

1

$12,723.17 through February 2013, which represents six (6) monthly post-petition payments of $1,806.26 *each* for the months of **September 2012** through and including **February 2013**, six (6) late charges of **$61.98** *each*, **$422.73** for additional accrued late charges, NSF fees in the amount of **$15.00**, and attorney's fees of **$1,076.00**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtors shall *partially* cure the above-stated *post-petition* arrears of **$12,723.17** due through February 2013 by initially tendering one (1) payment in the amount of **$6,000.00**, via **certified funds** only, made payable to "Guild Mortgage Company", and sent directly to Movant's counsel's office located at: Edward G. Schloss Law Corporation, 3637 Motor Ave., Suite 220, Los Angeles, CA 90034. Movant's counsel must receive Debtors' payment in the amount of **$6,000.00** no later than **Thursday, February 28, 2013 at 5:00 p.m.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED if Debtors fail to tender the **$6,000.00** payment by the deadline of **Thursday, February 28, 2013 at 5:00 p.m.**, as set forth in paragraph 2 above, the automatic stay will automatically terminate as to Movant for all purposes without further notice, hearing or order being necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if the Debtors tender the **$6,000.00** payment by certified funds by the deadline of **Thursday, February 28, 2013 at 5:00 p.m.**, Debtors shall cure the remaining *post-petition* arrearages due through **February 2013** in the amount of **$6,723.17** by tendering eleven (11) monthly installment payments of **$611.20** *each*, commencing **March 15, 2013** and continuing on the fifteenth (15th) day of each month thereafter, over a period of eleven (11) months, until said total remaining post-petition arrearages of **$6,723.17** are paid in full. Said additional monthly installment payments of **$611.20** shall be made payable and delivered directly to Movant, Guild Mortgage Company, P.O. Box 85304, San Diego, California 92186-5304, Attn: Bankruptcy Department.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that commencing **March 1, 2013**, Debtors shall maintain regular monthly post-petition payments of **$1,806.26** each on Movant's <u>first</u> trust deed loan encumbering the subject property generally described as **400 Roth Lane, Alameda, CA 94501** ("subject property" herein), in a timely fashion. The amount of these

2

Case: 11-70592   Doc# 46   Filed: 02/15/13   Entered: 02/15/13 14:32:30   Page 2 of 5

Case: 11-70592   Doc# 80-1   Filed: 06/25/14   Entered: 06/25/14 18:06:55   Page 2 of 15

payments may be subject to change under the terms of the parties' original agreements. Said payments shall be made payable and delivered directly to Movant, Guild Mortgage Company, on the 1st day of each month until the entire indebtedness under the Note is paid in full. Said payments shall be made payable and delivered directly to Movant: Guild Mortgage Company, P.O. Box 85304, San Diego, California 92186-5304, Attn: Bankruptcy Department.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Any regular post-petition monthly payment received after the 15th day of the month shall incur a late charge of **$61.98**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that to the extent the regular monthly payments set forth in the paragraph hereinabove are not impounded for taxes and/or insurance, Debtors shall maintain and keep current any taxes and/or insurance for the subject property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event Debtors fail to timely and properly tender any of the payments, described in Paragraphs 4, 5, and 6 of the Stipulation as set forth beginning on page 2, line 13 through page 3, line 2, after any applicable grace period, or fail to maintain taxes and/or insurance as described in paragraph 7 hereinabove, then Movant may serve a Declaration re Breach of Condition upon the Debtors and Debtors' counsel by first class mail, postage prepaid. If the missed payment is not received by way of a bearer instrument (cashier's check, money order, etc.), or the insurance premium or tax installment is not paid, within ten (10) days of the date of service <u>by mail</u> of said declaration, then, on the eleventh (11th) day, a declaration of default shall be filed, and the automatic stay shall be immediately vacated and extinguished for all purposes with respect to Movant, its assignees and/or successors in interest, without further court order or proceeding being necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if Movant obtains relief from stay based on Debtors' defaults hereunder, the order granting relief shall contain a waiver of the 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may accept

3

any and all payments made pursuant to this Stipulation without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

*** END OF ORDER ***

Z:\orders\OAK13GUI.Sangco.ORDER ON APO.STP.wpd

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | JUNIOR LIENHOLDER: |
| | CALIFORNIA HOUSING FINANCE AGENCY |
| 4 | 1121 L. STREET, SUITE 103 |
| | SACRAMENTO, CA 95814 |
| 5 | |
| | JUNIOR LIENHOLDER: |
| 6 | CALIFORNIA HOUSING FINANCE AGENCY |
| | HOMEOWNERSHIP PROGRAMS SUBORDINATE |
| 7 | LOAN PROCESSING UNIT |
| | 1121 L. STREET, 7TH FLOOR |
| 8 | SACRAMENTO, CA 95814 |
| 9 | JUNIOR LIENHOLDER: |
| | CALIFORNIA HOUSING FINANCE AGENCY |
| 10 | 1040 RIVERSIDE PKWY, SUITE 110 |
| | WEST SACRAMENTO, CA 95605-1522 |
| 11 | |
| | CITY OF ALAMEDA |
| 12 | COMMUNITY IMPROVEMENT COMMISSION |
| | 950 W. MALL SQUARE, 2ND FLOOR |
| 13 | ALAMEDA, CA 94501 |

Z:\orders\OAK13GU1.Sangco.ORDER ON APO.STP.wpd

```
 1  EDWARD G. SCHLOSS | CA Bar No. 102858
    LIOR KATZ | CA Bar No. 284559
 2  3637 Motor Avenue, Suite 220
    Los Angeles, California 90034
 3  Tel: (310) 733-4488  Fax: (310) 836-4888
    B23694/lk
 4
    Attorneys for Movant
 5  GUILD MORTGAGE COMPANY

 6

 7                  UNITED STATES BANKRUPTCY COURT

 8                  NORTHERN DISTRICT OF CALIFORNIA

 9

10  In re                           ) Bk. No. 11-70592-RLE
                                    )
11                                  ) R.S. No. EGS-105
    ALVIN RIVERA SANGCO and         )
12  DINA ALMUETE-SANGCO,            ) Chapter 13
                                    )
13              Debtors.            ) TEN (10) DAY DECLARATION RE:
                                    ) BREACH OF FEBRUARY 15, 2013
14                                  ) ORDER ON STIPULATION RE:
                                    ) ADEQUATE PROTECTION
15                                  )
                                    ) Continued Hearing-
16                                  ) Date : February 27, 2013
                                    ) Time : 1:30 p.m.
17                                  ) Place: United States Bankruptcy Court
                                    )        130 Clay Street
18                                  )        Courtroom 201
                                    )        Oakland, CA
19                                  )
    _____) Honorable Roger L. Efremsky
20
         I, PAUL LABODA, declare and state:
21
         1. As to the following facts, I know them to be true of my own personal
22
    knowledge, and if called upon to testify in this action, I could and would testify
23
    competently to the following facts personally known by me to be true.
24
         2. I am an employee of GUILD MORTGAGE COMPANY, Movant herein. It is
25
    the regular business practice of Guild Mortgage Company to maintain detailed records for
26
    each of its loans, and I am familiar with the procedures followed to maintain those records.
27
    My duties include keeping an accurate record of all transactions affecting the subject first
28
```

1

**Exhibit "B"**

1 | trust deed loan while it is in bankruptcy.

2 |     3. The property subject to the <u>first</u> trust deed obligation is generally described as **400 Roth Lane, Alameda, CA 94501**.

4 |     4. I have examined the Order on Stipulation Re: Adequate Protection and Modification of the Automatic Stay ("Order Approving Stipulation") entered by the Court as docket #46 on February 15, 2013 (a copy of which is attached hereto as **Exhibit "A"** and incorporated herein by reference), and have personal knowledge as to whether the Debtors have complied with the requirements of this Order Approving Stipulation.

9 |     5. Pursuant to the Order Approving Stipulation, Debtors were to maintain regular monthly post-petition payments in the amount of **$1,806.26** to Movant in a timely manner commencing with the **March 1, 2013** post-petition mortgage payment. The monthly mortgage payment has *now* increased to **$1,865.47** pursuant to the terms of the original Note. Debtors were *also* ordered to make monthly additional installment payments of **$611.20** *each* commencing on March 15, 2013 and continuing thereafter on the 15th day of each month, for a period of eleven (11) months, to cure the remaining **$6,723.17** in *post-petition* arrears that were due at the time of the entry of the Order Approving Stipulation.

17 |     6. Secured Creditor received the last payment from the Debtor on June 10, 2014. Said payment was made via a *personal check*, dated May 23, 2014, check #1848, made payable to Secured Creditor in the amount of $1,865.47. If the May 23, 2014 personal check from the Debtor clears the bank, it will be applied to the **March 2014** monthly post-petition mortgage payment.

22 |     7. If the Debtor's payment described in Paragraph 6 above clears and is applied to the March 2014 monthly post-petition mortgage payment, as of the date of this Declaration, Debtors are due and owing for three (3) *post-petition* monthly mortgage payments for **April 2014, May 2014, and June 2014** in the amount of **$1,865.47** *each*, totaling **$5,596.41**. Debtors are also due and owing for three (3) late charges of **$61.98** *each*, totaling $185.94, for the post-petition months of the **March 2014, April 2014,** and **May 2014, respectively.**

8. Additionally, Debtors have also failed to tender all eleven (11) of the monthly installment payments of **$611.20** *each* that came due commencing on March 15, 2013, and continuing for eleven (11) months. Debtors tendered ten (10) out of the eleven (11) installment payments that came due, but are still due and owing for one (1) installment payment in the amount of **$611.20**. The following is a summary of the installment payments that were received from the Debtors since the Order Approving Stipulation was entered by the Court on February 15, 2013:

|  | Date Installment Pmt Received | Date Installment Pmt. Due | Amount of Installment Pmt. |
|---|---|---|---|
| 1. | 03/06/13 | 03/15/13 | $611.20 |
| 2. | 04/15/13 | 04/15/13 | $611.20 |
| 3. | 05/15/13 | 05/15/13 | $611.20 |
| 4. | 06/19/13 | 06/15/13 | $611.20 |
| 5. | 07/12/13 | 07/15/13 | $611.20 |
| 6. | 08/19/13 | 08/15/13 | $611.20 |
| 7. | 09/13/13 | 09/15/13 | $611.20 |
| 8. | 10/14/13 | 10/15/13 | $611.20 |
| 9. | 11/14/13 | 11/15/13 | $611.20 |
| 10. | 12/23/13 | 12/15/13 | $611.20 |
| 11. | ***NO PAYMENT RECEIVED*** | 01/15/14 | $611.20 |

9. Therefore, pursuant to paragraphs 7 and 8 above, the total *post-petition* default under the Order Approving Stipulation is **$6,393.55**, which includes three (3) *post-petition* monthly mortgage payments for **April 2014, May 2014, and June 2014** in the amount of **$1,865.47** *each*, three (3) late charges of **$61.98** *each* for the months of the **March 2014, April 2014, and May 2014**, and one (1) installment payment of **$611.20**.

10. Due to the Debtors' failure to timely and properly comply with the Order Approving Stipulation as hereinabove set forth, Movant has been forced to incur additional attorneys' fees of $100.00 to collect the amounts owing. These additional attorneys' fees are now owing to Movant from Debtors pursuant to the promissory note secured by Movant's first deed of trust, and must be paid together with the amounts set forth herein to cure the existing breach of the Court's Order.

11. Accordingly, the amount required to cure the existing breach under the order approving stipulation through June 11, 2014 is **$6,493.55**, which includes the **$6,393.55** as

3

described in Paragraph 8 above *plus* **$100.00** in attorney's fees as provided for in Paragraph 9 above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this 13TH day of June 2014 at San Diego, CA.

_____
PAUL LABODA

2

## PROOF OF SERVICE

I, REYNALDO DEL PILAR, certify that:

I am a resident of Los Angeles County, I am over the age of 18 and not a party to the within action; my business address is 3637 Motor Avenue, Suite 220, Los Angeles, California 90034.

On June 14, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission, and the foregoing documents, TEN (10) DAY DECLARATION RE: BREACH OF FEBRUARY 15, 2013 ORDER ON STIPULATION RE: ADEQUATE PROTECTION, will be served by NEF at the email addresses stated below:

Martha G. Bronitsky 13trustee@oak13.com
Patrick L. Forte pat@patforte.com
Office of the U.S. Trustee/Oak USTPRegion17.OA.ECF@usdoj.gov,
ltroxas@hotmail.com

On June 14, 2014, I served copies of the within foregoing document on interested parties in this proceeding by placing true and correct copies thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Los Angeles, California addressed as follows:

DEBTORS:
ALVIN RIVERA SANGCO
DINA ALMUETE LOVE-SANGCO
400 ROTH LANE
ALAMEDA, CA 94501

I declare that I am employed in the office of a member of the bar at whose direction the service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2014 at Los Angeles, California.

                                               /s/ Reynaldo Del Pilar
                                               REYNALDO DEL PILAR

Z:\DRB\SJ.DRB.Sangco.wpd

3

```
 1  EDWARD G. SCHLOSS
    CA Bar No. 102858
 2  3637 Motor Avenue, Suite 220          The following constitutes
    Los Angeles, California 90034         the order of the court. Signed February 15, 2013
 3  Tel: (310) 733-4488
    Fax: (310) 836-4888
 4  E-mail: egs2@ix.netcom.com
    B23694/lk
 5
    Attorney for Movant
 6  GUILD MORTGAGE COMPANY
                                          Roger L. Efremsky
 7                                        U.S. Bankruptcy Judge

 8              UNITED STATES BANKRUPTCY COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  In re                        )   Bk. No. 11-70592-RLE
                                 )
12                               )   Chapter 13
    ALVIN RIVERA SANGCO and      )
13  DINA ALMUETE LOVE-SANGCO,    )   ORDER ON STIPULATION RE:
                                 )   ADEQUATE PROTECTION AND
14                               )   MODIFICATION OF THE
                                 )   AUTOMATIC STAY
15                               )
                Debtors.         )   Continued Hearing -
16                               )   Date:  February 27, 2013
                                 )   Time:  1:30 p.m.
17                               )   Place: United States Bankruptcy Court
                                 )          1300 Clay Street
18                               )          Courtroom 201
                                 )          Oakland, California
19                               )
                                 )   Honorable Roger L. Efremsky
20  _____
21
22       WHEREAS the Stipulation Re: Adequate Protection and Modification of the Automatic
23  Stay (herein "Stipulation") by and between Movant Guild Mortgage Company (herein
24  "Movant"), its assignees and/or successors in interest; and Debtors, Alvin Rivera Sangco and
25  Dina Almuete Love-Sangco, was filed February 14, 2013 as docket entry number 44, and the
26  Court has reviewed said Stipulation, and with good cause appearing hereby approves said
27  Stipulation as follows:
28       WHEREAS Debtors were due and owing for past due post-petition arrearages of
```

1

Case: 11-70592   Doc# 46   Filed: 02/15/13   Entered: 02/15/13 14:32:30   Page 1 of 5

Exhibit "A"

Case: 11-70592   Doc# 70-1   Filed: 06/25/14   Entered: 06/25/14 15:30:25   Page 11 of 15

$12,723.17 through February 2013, which represents six (6) monthly post-petition payments of $1,806.26 *each* for the months of **September 2012** through and including **February 2013**, six (6) late charges of **$61.98** *each*, **$422.73** for additional accrued late charges, NSF fees in the amount of **$15.00**, and attorney's fees of **$1,076.00**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtors shall *partially* cure the above-stated *post-petition* arrears of **$12,723.17** due through February 2013 by initially tendering one (1) payment in the amount of **$6,000.00**, via **certified funds** only, made payable to "Guild Mortgage Company", and sent directly to Movant's counsel's office located at: Edward G. Schloss Law Corporation, 3637 Motor Ave., Suite 220, Los Angeles, CA 90034. Movant's counsel must receive Debtors' payment in the amount of **$6,000.00** no later than **Thursday, February 28, 2013 at 5:00 p.m.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED if Debtors fail to tender the **$6,000.00** payment by the deadline of **Thursday, February 28, 2013 at 5:00 p.m.**, as set forth in paragraph 2 above, the automatic stay will automatically terminate as to Movant for all purposes without further notice, hearing or order being necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if the Debtors tender the **$6,000.00** payment by certified funds by the deadline of **Thursday, February 28, 2013 at 5:00 p.m.**, Debtors shall cure the remaining *post-petition* arrearages due through **February 2013** in the amount of **$6,723.17** by tendering eleven (11) monthly installment payments of **$611.20** *each*, commencing **March 15, 2013** and continuing on the fifteenth (15th) day of each month thereafter, over a period of eleven (11) months, until said total remaining post-petition arrearages of **$6,723.17** are paid in full. Said additional monthly installment payments of **$611.20** shall be made payable and delivered directly to Movant, Guild Mortgage Company, P.O. Box 85304, San Diego, California 92186-5304, Attn: Bankruptcy Department.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that commencing **March 1, 2013**, Debtors shall maintain regular monthly post-petition payments of **$1,806.26** each on Movant's <u>first</u> trust deed loan encumbering the subject property generally described as **400 Roth Lane, Alameda, CA 94501** ("subject property" herein), in a timely fashion. The amount of these

2

1 payments may be subject to change under the terms of the parties' original agreements. Said
2 payments shall be made payable and delivered directly to Movant, Guild Mortgage Company, on
3 the 1st day of each month until the entire indebtedness under the Note is paid in full. Said
4 payments shall be made payable and delivered directly to Movant: Guild Mortgage Company,
5 P.O. Box 85304, San Diego, California 92186-5304, Attn: Bankruptcy Department.

6       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Any regular post-
7 petition monthly payment received after the 15th day of the month shall incur a late charge of
8 **$61.98**.

9       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that to the extent the
10 regular monthly payments set forth in the paragraph hereinabove are not impounded for taxes
11 and/or insurance, Debtors shall maintain and keep current any taxes and/or insurance for the
12 subject property.

13       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event Debtors
14 fail to timely and properly tender any of the payments, described in Paragraphs 4, 5, and 6 of the
15 Stipulation as set forth beginning on page 2, line 13 through page 3, line 2, after any applicable
16 grace period, or fail to maintain taxes and/or insurance as described in paragraph 7 hereinabove,
17 then Movant may serve a Declaration re Breach of Condition upon the Debtors and Debtors'
18 counsel by first class mail, postage prepaid. If the missed payment is not received by way of a
19 bearer instrument (cashier's check, money order, etc.), or the insurance premium or tax
20 installment is not paid, within ten (10) days of the date of service <u>by mail</u> of said declaration,
21 then, on the eleventh (11th) day, a declaration of default shall be filed, and the automatic stay
22 shall be immediately vacated and extinguished for all purposes with respect to Movant, its
23 assignees and/or successors in interest, without further court order or proceeding being
24 necessary.

25       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if Movant obtains
26 relief from stay based on Debtors' defaults hereunder, the order granting relief shall contain a
27 waiver of the 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3).

28       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may accept

3

any and all payments made pursuant to this Stipulation without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

*** END OF ORDER ***

Z:\orders\OAK13GUI.Sangco.ORDER ON APO.STP.wpd

4

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | JUNIOR LIENHOLDER: |
| | CALIFORNIA HOUSING FINANCE AGENCY |
| 4 | 1121 L. STREET, SUITE 103 |
| | SACRAMENTO, CA 95814 |
| 5 | |
| | JUNIOR LIENHOLDER: |
| 6 | CALIFORNIA HOUSING FINANCE AGENCY |
| | HOMEOWNERSHIP PROGRAMS SUBORDINATE |
| 7 | LOAN PROCESSING UNIT |
| | 1121 L. STREET, 7TH FLOOR |
| 8 | SACRAMENTO, CA 95814 |
| 9 | JUNIOR LIENHOLDER: |
| | CALIFORNIA HOUSING FINANCE AGENCY |
| 10 | 1040 RIVERSIDE PKWY, SUITE 110 |
| | WEST SACRAMENTO, CA 95605-1522 |
| 11 | |
| | CITY OF ALAMEDA |
| 12 | COMMUNITY IMPROVEMENT COMMISSION |
| | 950 W. MALL SQUARE, 2ND FLOOR |
| 13 | ALAMEDA, CA 94501 |

Z:\orders\OAK13GU1.Sangco.ORDER ON APO.STP.wpd

5